1  JOHN H. BRINK  BAR NO. 28018
   KATHRYN E. VAN HOUTEN BAR NO. 143402
2  IRSFELD, IRSFELD & YOUNGER LLP
   100 W. Broadway, Ste. 900
3  Glendale, CA 91210
   Telephone:  (818) 242-6859
4  Facsimile:  (818) 240-7728

5  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT
9           FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CV 11-05177 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| PATRICIA O. JONES, AKA PATRICIA O. CHEROKEE-ROBERTS, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, PATRICIA O. JONES, AKA PATRICIA O. CHEROKEE-ROBERTS, in the total amount of $1,871.45.

Dated: 10/4/2011

TERRY NAFISI, CLERK
United States District Court
Central District of California

A. Martinez
By: Deputy Clerk

1